[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12964
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00519-SCJ-JFK-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HENRY GUY JONES,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(March 28, 2013)

Before DUBINA, Chief Judge, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Lynn Fant Merritt, appointed counsel for Henry Guy Jones in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's conviction and sentence are **AFFIRMED**.